**Order entered July 9, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00831-CV

**MERITAGE HOMES OF TEXAS, L.L.C. D/B/A MONTEREY HOMES, Appellant**

**V.**

**JU-AN RUAN, ET AL, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-00490**

## ORDER

We **DENY** appellant's June 2, 2014 motion for summary reversal. However, the motion, June 12, 2014 response, and June 18, 2014 reply are treated as supplemental briefing to be considered upon submission.

/s/     ELIZABETH LANG-MIERS
          JUSTICE